UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE RANDOLPH SCOTT,<br><br>                Plaintiff,<br><br>v.<br><br>NEW YORK CITY TRANSIT,<br><br>                Defendant. | 23-CV-9318 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      On February 2, 2024, Defendant filed a motion to dismiss. ECF No. 14. On March 4, 2024, pro se Plaintiff filed an application for an extension of time to respond to Defendant's motion, which the Court granted. ECF No. 19. Pursuant to the Court's extension order, Plaintiff's opposition was due by May 6, 2024. That date has now passed, and the Court is not in receipt of Plaintiff's submission. Plaintiff shall file his opposition by no later than **May 24, 2024**. Should Plaintiff fail to file an opposition by that date, the Court will consider Defendant's motion to dismiss to be fully briefed.

      SO ORDERED. The Clerk of Court is respectfully requested to mail a copy of this Order to the Plaintiff.

Dated: May 13, 2024
       New York, New York

                                                      DALE E. HO
                                          United States District Judge