UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYNE RANDOLPH SCOTT,

                    Plaintiff,

        v.

NEW YORK CITY TRANSIT,

                    Defendant.

23-CV-9318 (DEH)

ORDER

DALE E. HO, United States District Judge:

On March 4, 2024, the Court granted Plaintiff's extension to file an opposition to Defendant's motion to dismiss by May 6, 2024.  ECF No. 19.  On May 6, 2024, Plaintiff filed his opposition, which was subsequently uploaded to ECF on May 20, 2024.  *See* ECF No. 21. Defendant may file a reply by **June 3, 2024**.

        SO ORDERED.

Dated:  May 30, 2024
        New York, New York

_____
            DALE E. HO
    United States District Judge