**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
WAYNE SCOTT,

      Plaintiff,

  -against-             23 **CIVIL** 9318 (DEH)

                  **JUDGMENT**

NEW YORK CITY TRANSIT AUTHORITY,

      Defendant.
------------------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 16, 2024, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

   July 16, 2024

               **DANIEL ORTIZ**

              _____

               **Acting Clerk of Court**

        **BY:**

          _____

              **Deputy Clerk**